UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KAYLEE R. BURNS f/k/a DAWN R. BURNS,<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>          Defendant. | Case No. CV-22-039-GF-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED: The ALJ's decision is AFFIRMED. Plaintiff's Motion (Doc. 14) is DENIED. The Clerk of Court is directed to enter judgment accordingly.

      Dated this 22nd day of March, 2023.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Kelsey Hanning
                                Kelsey Hanning, Deputy Clerk